EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
Email: etredinnick@grmslaw.com

Attorneys for Jeffry G. Locke, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Charles Timothy Bailey and Barbara Ann Bailey,<br><br>Debtors. | Case No.: 05-11371<br><br>Chapter 7<br><br>ORDER AUTHORIZING TRUSTEE TO DEPOSIT FUNDS INTO COURT REGISTRY |

Upon the Ex Parte Motion of the Trustee to Deposit Funds into the Court Registry field by Jeffry G. Locke, Trustee of the above-referenced estate ("Trustee") and it appearing from the Motion that the Trustee is holding funds from the sale of real property attributable to the co-ownership interest of Tracy Lynn Peterson in the sum of $23, 350.80 and that the Trustee is unable to obtain information on the whereabouts of Tracy Lynn Peterson, and good causing appearing therefor,

IT IS HEREBY ORDERED that the Trustee shall pay directly into the Court Registry the sum of $23,350.80 for the benefit of Tracy Lynn Peterson.

DATED: May 23, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge

ORDER  AUTHORIZING TRUSTEE TO
DEPOSIT FUNDS IN COURT REGISTRY

GREENE RADOVSKY
MALONEY & SHARE LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

1

45489/0831/453688.1