**Jeffry Locke**
**530 Alameda Del Prado, #178**
**Novato, CA 94949**
**(415) 413-4401**

**Trustee in Bankruptcy**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA SANTA ROSA

| In re: | Case No. 05-11371 AJ |
|---|---|
| BAILEY, CHARLES<br>BAILEY, BARBARA | Chapter 7 |
| Debtor(s) | **ORDER AWARDING ADMINISTRATIVE FEES AND EXPENSES** |

Jeffry Locke, Trustee of the above-referenced estate:

a) having filed herein the Trustee's Final Report and Proposed Distribution which incorporated trustee's request for compensation and expenses, and

b) having given to all parties in interest written notice of said report and trustee's request for compensation and expenses:

IT IS HEREBY ORDERED that the trustee is allowed an amount of $6,970.39 as reasonable compensation and $79.94 as reimbursement of expenses, and

THAT the Trustee's Accountant, BACHECKI CROM & CO, is allowed $3,998.00 as reasonable compensation and $58.20 as reimbursement of expenses, and

THAT the Trustee's Attorney, Greene Radovsky Maloney, Share & Hennigh LLP, is allowed $28,207.00 as reasonable compensation and $806.83 as reimbursement of expenses.

Dated: November 24, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge