# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re: BAILEY, CHARLES § Case No. 05-11371
       BAILEY, BARBARA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Jeffry Locke, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned:  $86,820.00            Assets Exempt: $32,800.00
(without deducting any secured claims)

Total Distribution to Claimants: $19,377.60    Claims Discharged
                                               Without Payment: $131,986.82

Total Expenses of Administration: $55,030.14
```

     3) Total gross receipts of $ 134,309.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 59,901.60 (see **Exhibit 2**), yielded net receipts of $74,407.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $71,332.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 55,030.14 | 55,030.14 | 55,030.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 148,875.25 | 47,499.17 | 47,499.17 | 19,377.60 |
| **TOTAL DISBURSEMENTS** | $220,207.61 | $102,529.31 | $102,529.31 | $74,407.74 |

4) This case was originally filed under Chapter 7 on June 01, 2005. The case was pending for 115 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2015          By: /s/Jeffry Locke
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Land, 20 Acres Undeveloped parcel | 1110-000 | 134,200.00 |
| Property Tax Refund | 1224-000 | 109.34 |
| **TOTAL GROSS RECEIPTS** | | **$134,309.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Aaron L. A. Weinberg | Refund of earnest money deposit after overbid | 8500-002 | 4,200.00 |
| Betty Lou Bailey | Payment of sales proceeds to co owner | 8500-002 | 23,350.80 |
| United States Bankruptcy Court | Ref # PER DOC 31 ORDER | 8500-002 | 23,350.80 |
| Charles and Barbara Bailey | Exemption | 8100-002 | 9,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$59,901.60** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4210-000 | 71,332.36 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$71,332.36** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffry Locke | 2100-000 | N/A | 6,970.39 | 6,970.39 | 6,970.39 |
| Jeffry Locke | 2200-000 | N/A | 79.94 | 79.94 | 79.94 |
| LESS COMMISSIONS PAID AT CLOSING | 3510-000 | N/A | 13,000.00 | 13,000.00 | 13,000.00 |
| BACHECKI CROM & CO | 3410-000 | N/A | 3,998.00 | 3,998.00 | 3,998.00 |
| BACHECKI CROM & CO | 3420-000 | N/A | 58.20 | 58.20 | 58.20 |
| Greene Radovsky Maloney, Share & Hennigh LLP | 3210-000 | N/A | 28,207.00 | 28,207.00 | 28,207.00 |
| Greene Radovsky Maloney, Share & Hennigh LLP | 3220-000 | N/A | 806.83 | 806.83 | 806.83 |
| LESS CLOSING COSTS PAID FROM E | 2500-000 | N/A | 355.33 | 355.33 | 355.33 |
| CLERK OF THE COURT | 2700-000 | N/A | 150.00 | 150.00 | 150.00 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 551.00 | 551.00 | 551.00 |
| Postal Annex | 2500-000 | N/A | 10.00 | 10.00 | 10.00 |
| FRANCHISE TAX BOARD | 2820-000 | N/A | 551.00 | 551.00 | 551.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.62 | 16.62 | 16.62 |
| Rabobank, N.A. | 2600-000 | N/A | 96.65 | 96.65 | 96.65 |
| Rabobank, N.A. | 2600-000 | N/A | 96.30 | 96.30 | 96.30 |
| Rabobank, N.A. | 2600-000 | N/A | 82.88 | 82.88 | 82.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $55,030.14 | $55,030.14 | $55,030.14 |

# EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 24,386.00 | 24,386.30 | 24,386.30 | 19,377.60 |
| 2 | Portfolio Recovery Associates | 7200-000 | 20,624.00 | 23,112.87 | 23,112.87 | 0.00 |
| SB | Steven Bruhns | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Chase | 7100-000 | 7,932.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 11,229.00 | N/A | N/A | 0.00 |
| NOTFILED | seals and tanembaum | 7100-000 | 16,761.00 | N/A | N/A | 0.00 |
| NOTFILED | unifund co | 7100-000 | 34,314.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,739.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Collectors | 7100-000 | 16,890.25 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $148,875.25 | $47,499.17 | $47,499.17 | $19,377.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-11371  **Trustee:** (007750) Jeffry Locke
**Case Name:** BAILEY, CHARLES  **Filed (f) or Converted (c):** 06/01/05 (f)
BAILEY, BARBARA  **§341(a) Meeting Date:** 07/05/05
**Period Ending:** 01/09/15  **Claims Bar Date:** 10/24/05

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Land, 20 Acres Undeveloped parcel<br>  Upon investigation, trustee learned that mobile had been on property for several years and possible third party ownership. Property inherited.  Listed at $310k with Harmon Realty.  Reduced to $295k. Listed with Greenhouse realty, 150k. | 16,000.00 | 171,000.00 | | 134,200.00 | FA |
| 2 | 01. Cash on Hand | 20.00 | 20.00 | | 0.00 | FA |
| 3 | 02. Bank Accounts | 750.00 | 0.00 | | 0.00 | FA |
| 4 | 02. Bank Accounts | 400.00 | 0.00 | | 0.00 | FA |
| 5 | 02. Bank Accounts | 2,500.00 | 0.00 | | 0.00 | FA |
| 6 | 04. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 06. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 07. Furs and Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 81 Golden West Mobile, residence | 5,000.00 | 0.00 | | 0.00 | FA |
| 10 | 99 Dodge Truck | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | 00 Cadillac | 9,000.00 | 0.00 | | 0.00 | FA |
| 12 | 01 Tropical Motor home, reoped. | 63,000.00 | 0.00 | | 0.00 | FA |
| 13 | 33. All Other Personal Property, tools | 50.00 | 0.00 | | 0.00 | FA |
| 14 | Property Tax Refund  (u) | 0.00 | 109.34 | | 109.34 | FA |
| 14 Assets  Totals (Excluding unknown values) | **$102,820.00** | **$171,129.34** | | **$134,309.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee filed AP to sell free and clear of co owners interest.
Default entered for Peterson 1-24-06
03-20-06 Stip with Betty Bailey to sell free and clear of her interest but preserve life estate.  Concluded that estate holds 3/5ths interest. Betty asking $250k for interest per potential buyer.
07-30-07 listting price reduced to $295k.
09-25-07 follow up with agent re activity.
11-15-07 Offer received but contingent of sale of another property. Agent discussing possiblities.
04-17-08 Price reduced to $219k
05-01-09 confirmed that Tom Harmon the listing agent has moved and abandoned the listing.
06-01-09 Discussions with another agent, Phil Smoley, CPS Country Air re listing.

Case: 05-11371    Doc# 44    Filed: 01/13/15    Entered: 01/13/15 09:54:55    Page 6 of 10

Printed: 01/09/2015 10:36 AM    V.13.20

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-11371  
**Case Name:** BAILEY, CHARLES  
BAILEY, BARBARA  
**Period Ending:** 01/09/15

**Trustee:** (007750) Jeffry Locke  
**Filed (f) or Converted (c):** 06/01/05 (f)  
**§341(a) Meeting Date:** 07/05/05  
**Claims Bar Date:** 10/24/05

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

03-06-12 Discussions with counsel for co owner re sale.

02-04-13 follow up with area agents re last sale activity.

07-22-13 Call with counsel re case closing and preserving asset upon case closing.

07-22-13 Additional information sent to agent re possible listing or sale due to renewed interest in Lake Co. land. Sharon Bassham, Greenhouse Realty, Clearlake. llsted $150k Greenhouse.

12-18-13 Marketing update: Since Aug.1, 2013  There have been 6 showings by other Brokerages.  Agent personally has shown the property 3 times.

There have been approx. 20-25 random calls from either the internet or from the Greenhouse Signs on the property.  Per agent Life Estate is a major hurdle. Agent has met on two occasions with the current residents.

12-31-13 Listing extended to 3-31-14.

03-31-14 Trustee expected to notice sale once buyer completes seller carry back loan application. Trustee in negotiations to sell carry back note.

04-28-14 Overbid, all cash, received. Trustee to conduct overbid on 4-30-14.

05-29-14 Closing statement and tax basis information sent to accountant for final tax return. Distributions to co owners and debtor exemption made.

06-03-14 Counsel's estimated fees $28k.  Upon final tax return, trustee to prepare final report.

07-15-14 Counsel's fee application filed and posted to claims. Final tax return signed.  Payments to Franchase Tax Board due with each return.

07-29-14 FTB checks remain outstanding. Awaiting accountant's final fee application, upon receipt, trustee to submit Trustee Final Report to UST.

09-03-14 Follow up with accountant re final fee application.

**Initial Projected Date Of Final Report (TFR):**   August 15, 2007          **Current Projected Date Of Final Report (TFR):**   September 8, 2014  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-11371 | | Trustee: | Jeffry Locke (007750) |
|---|---|---|---|---|
| Case Name: | BAILEY, CHARLES | | Bank Name: | Rabobank, N.A. |
| | BAILEY, BARBARA | | Account: | ******1566 - Checking Account |
| Taxpayer ID #: | **-***5091 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/09/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/20/14 | {1} | Fidelity National Title | Deposit, earnest money | 1110-000 | 4,200.00 | | 4,200.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,190.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,180.00 |
| 05/19/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -20.00 | 4,200.00 |
| 05/28/14 | 101 | Aaron L. A. Weinberg | Refund of earnest money deposit after overbid | 8500-002 | | 4,200.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **4,200.00** | **4,200.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **4,200.00** | **4,200.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,200.00** | **$4,200.00** | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-11371  
**Case Name:** BAILEY, CHARLES  
BAILEY, BARBARA  
**Taxpayer ID #:** **-***5091  
**Period Ending:** 01/09/15

**Trustee:** Jeffry Locke (007750)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1567 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/01/14 | {1} | San Francisco Federal Credit Union | Deposit, earnest money deposit | | 1110-000 | 4,200.00 | | 4,200.00 |
| 05/20/14 | 101 | Postal Annex | Notary Fee Trustee's Deed | | 2500-000 | | 10.00 | 4,190.00 |
| 05/21/14 | | Fidelity National Title | Sales proceeds | | | 112,554.01 | | 116,744.01 |
| | {1} | Sales Price | Sales price less released deposit | 125,800.00 | 1110-000 | | | 116,744.01 |
| | | LESS COMMISSIONS PAID AT CLOSING | Less Commissions | -13,000.00 | 3510-000 | | | 116,744.01 |
| | {14} | Property Tax refund | Property tax refund | 109.34 | 1224-000 | | | 116,744.01 |
| | | LESS CLOSING COSTS PAID FROM E | Less Closing Costs | -355.33 | 2500-000 | | | 116,744.01 |
| 05/29/14 | 102 | Betty Lou Bailey | Payment of sales proceeds to co owner | | 8500-002 | | 23,350.80 | 93,393.21 |
| 05/29/14 | 103 | United States Bankruptcy Court | Ref # PER DOC 31 ORDER | | 8500-002 | | 23,350.80 | 70,042.41 |
| 05/29/14 | 104 | Charles and Barbara Bailey | Exemption | | 8100-002 | | 9,000.00 | 61,042.41 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 16.62 | 61,025.79 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 96.65 | 60,929.14 |
| 07/08/14 | 105 | FRANCHISE TAX BOARD | Ref # 30-6415091 2014 FORM 541 | | 2820-000 | | 551.00 | 60,378.14 |
| 07/08/14 | 106 | FRANCHISE TAX BOARD | Ref # 47-6288255 2014 FORM 541 | | 2820-000 | | 551.00 | 59,827.14 |
| 07/29/14 | 107 | CLERK OF THE COURT | Ref # AP V BAILEY 05-01095 | | 2700-000 | | 150.00 | 59,677.14 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 96.30 | 59,580.84 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.88 | 59,497.96 |
| 11/25/14 | 108 | American Express Centurion Bank | Final Distribution. Your Claim# 1; Filed: $24,386.30; Reference: XXXXXXXXXX2006. | | 7100-000 | | 19,377.60 | 40,120.36 |
| 11/25/14 | 109 | Jeffry Locke | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 7,050.33 | 33,070.03 |
| | | | Dividend paid 100.00% on $6,970.39; Claim# ; Filed: $6,970.39 | 6,970.39 | 2100-000 | | | 33,070.03 |
| | | | Dividend paid 100.00% on $79.94; Claim# ; Filed: $79.94 | 79.94 | 2200-000 | | | 33,070.03 |
| 11/25/14 | 110 | BACHECKI CROM & CO | Combined Check for Claims#BCC,BCE | | | | 4,056.20 | 29,013.83 |
| | | | Dividend paid 100.00% on $3,998.00; Claim# BCC; Filed: $3,998.00 | 3,998.00 | 3410-000 | | | 29,013.83 |
| | | | Dividend paid 100.00% on $58.20; Claim# BCE; Filed: $58.20 | 58.20 | 3420-000 | | | 29,013.83 |

Subtotals : $116,754.01 $87,740.18

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 05-11371 | **Trustee:** | Jeffry Locke (007750) |
| **Case Name:** BAILEY, CHARLES | **Bank Name:** | Rabobank, N.A. |
| BAILEY, BARBARA | **Account:** | ******1567 - Checking Account |
| **Taxpayer ID #:** **-***5091 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** 01/09/15 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/25/14 | 111 | Greene Radovsky Maloney, Share & Hennigh LLP | Combined Check for Claims#ETC,ETE | | | 29,013.83 | 0.00 |
| | | | Dividend paid 100.00% on $28,207.00;  Claim# ETC; Filed: $28,207.00    28,207.00 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $806.83;  Claim# ETE; Filed: $806.83    806.83 | 3220-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 116,754.01 | 116,754.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 116,754.01 | 116,754.01 | |
| | | | Less: Payments to Debtors | | | 9,000.00 | |
| | | | **NET Receipts / Disbursements** | | $116,754.01 | $107,754.01 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1566 | 4,200.00 | 4,200.00 | 0.00 |
| Checking # ******1567 | 116,754.01 | 107,754.01 | 0.00 |
| | $120,954.01 | $111,954.01 | $0.00 |

{} Asset reference(s)